UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JUNE APPLING, et. al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:05-cv-258-J-16 MCR |
| AMERICAN GENERAL LIFE AND ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING
MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407**

Defendant American General Life and Accident Insurance Company ("AGLA") hereby gives notice that it filed its Motion to Transfer Pursuant to 28 U.S.C. § 1407 with supporting documents, which are attached hereto, with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION on May 4, 2005.

Respectfully submitted this 6th day of May, 2005.

By:

/s/ Michael J. Dewberry
Michael J. Dewberry (FBN: 228877)
[Trial Counsel]
Alexandra K. Hedrick (FBN: 284394)
HEDRICK DEWBERRY REGAN & DURANT P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
Tel: (904) 356-1300
Fax: (904) 356-8050
E-mail: mdewberry@hdrd-law.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6th, 2005, I filed electronically the foregoing NOTICE OF FILING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following:

**For Plaintiffs:**
Pamela S. James (pamjames@belljames.com) (brigham@belljames.com)

Pursuant to the Court's Standing Order (Docket # 60), Defendant will submit a courtesy copy to the judge's chamber.

/s/ Michael J. Dewberry
Attorney